DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WEST COAST INVESTORS, LLC** d/b/a **TESORO CLUB,** a Florida
Limited Liability Company,
Appellant,

v.

**SUNTRUST BANK,** a Georgia State Chartered Bank, **TESORO
PROPERTY OWNER'S ASSOCIATION, INC.,** a Florida not for profit
corporation, **TESORO PRESERVE PROPERTY OWNER'S ASSOCIATION**
n/k/a **RAVELLO PROPERTY OWNER'S ASSOCIATION, INC.,** a Florida
not for profit corporation, and **ISLAND OF RAVELLO PROPERTY
OWNERS ASSOCIATION, INC.,** a Florida not for profit corporation,
Appellees.

No. 4D19-170

[February 13, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St.
Lucie County; Robert E. Belanger, Judge; L.T. Case No. 56-2018-
CA000640.

Albert B. Moore, Fort Pierce, for appellant.

Alan M. Pierce of Liebler Gonzalez & Portuondo, Miami, for appellee,
Suntrust Bank, a Georgia State Chartered Bank.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and DAMOORGIAN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***